Certificate Number: 16339-PAE-DE-040014258

Bankruptcy Case Number: 25-12672



16339-PAE-DE-040014258

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2025, at 7:03 o'clock PM EDT, Eugene Park completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 24, 2025                    By:    /s/Kelley Tipton

                                            Name:  Kelley Tipton

                                            Title: Certified Financial Counselor