### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 7

Eugene Chan Hui Park                                       : Case No. 25−12672−pmm
        Debtor(s)


### ***ORDER***
_____


    AND NOW, this day , October 15, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                         By The Court

                         Patricia M. Mayer
                         Judge, United States Bankruptcy Court